# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BEVERLY CAMPBELL, | |
| Plaintiff, | Case No. 2:16-cv-03002-APG-GWF |
| vs. | **ORDER** |
| TRANS UNION, LLC and CALIBER HOME LOANS, INC., | |
| Defendants. | |

This matter is before the Court on Defendant Caliber Home Loans, Inc.'s Notice of Disassociation (ECF No. 16), filed on February 10, 2017.

Counsel for Defendant represents that Sean N. Payne, Esq. is no longer associated with the law firm of Wright, Finlay & Zak, LLP. Therefore, counsel requests that Mr. Payne be removed as attorney of record for Defendant. Counsel also indicates that Mr. Payne's withdrawal will not delay or prejudice the proceedings in this matter because Defendant will continue to be represented by attorney Edgar C. Smith, Esq. of Wright, Finlay & Zak, LLP. The Court finds that counsel has provided good cause to justify granting Mr. Payne's withdrawal. Accordingly,

**IT IS HEREBY ORDERED** that Defendant Caliber Home Loans, Inc.'s Notice of Disassociation (ECF No. 16) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall remove Sean N. Payne, Esq. from the CM/ECF service list in this case.

DATED this 13th day of February, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge