Tara Clark Newberry
NV Bar No. 10696
Connaghan | Newberry
7854 W. Sahara Avenue
Las Vegas, NV 89117
Telephone: (702) 608-4232
Facsimile: (702) 946-1830
pconnaghan@cnlawlv.com
tnewberry@cnlawlv.com

Danny J. Horen
NV Bar No. 13153
Spartan Law, LLC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Telephone: 702.625.1539
Facsimile: 702.548.4459
danny@spartanlaw.us

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **BEVERLY CAMPBELL,** | **Case No.:** 2:16-cv-03002-APG-GWF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT TRANS UNION LLC.** |
| **TRANS UNION LLC. and CALIBER HOME LOANS, INC.,** | |
| Defendants. | |

**STIPULATION AND ORDER OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) or alternatively Rule 41(a)(2) of the Federal Rules of Civil Procedure, the parties hereby stipulate to Plaintiff Beverly Campbell's dismissal of the claims against Defendant **Trans Union LLC. only**, in the above-captioned matter, with prejudice. Each party will bear its own costs, disbursements, and attorney fees.

Dated: March 29, 2017

RESPECTFULLY SUBMITTED,                                              (WITH PERMISSION)

By: /s/ Danny J. Horen_____                              By: /s/ Jason Revzin_____
    DANNY J. HOREN                                                    JASON REVZIN, ESQ.
    ATTORNEY FOR PLAINTIFF                                      ATTORNEY FOR TRANS UNION

IT IS SO ORDERED:

DATED: __4/3/2017_____        _____
                                              UNITED STATES DISTRICT JUDGE